# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHNNY LEE NICHOLS                                                              PETITIONER
ADC #115100

V.                                NO. 5:13CV00357 KGB/JTR

RAY HOBBS, Director,                                                            RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims should be dismissed because they: (1) are not cognizable in a habeas action; (2) are barred by the one-year statute of limitations; and (3) are procedurally barred from federal review due to Petitioner's failure to seek proper review of them in the state courts. *Doc. #11*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before March 6, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 7th DAY OF February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE