IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNY LEE NICHOLS**                                                          **PETITIONER**
**ADC #115100**

v.                      Case No. 5:13-cv-00357-KGB-JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                            **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this petition is dismiss with prejudice. A certificate of appealability is denied.

SO ADJUDGED this the 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE